evidence in the record showing the amount to be deducted for freight charges under the contract of shipment.

McKEON, Appellant, v. GILBERT, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by John McKeon against Bradford L. Gilbert. No opinion. Motion denied, with costs. See, also, 137 App. Div. 893, 121 N. Y. Supp. 1139.

In re McLENNAN. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) In the matter of the application of Roderick C. McLennan for an order requiring Bert W. Moyer, as treasurer, etc., to file an amended statement, etc. PER CURIAM. Order and judgment affirmed, with costs, on opinion of ANDREWS, J., reported at 65 Misc. Rep. 644, 122 N. Y. Supp. 409. WILLIAMS, J., dissents. McLENNAN, P. J., not sitting.

McMANUS v. RURANT. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Francis M. McManus against Howard M. Rurant. No opinion. Motion granted on terms stated in order. Order filed. See, also, 127 N. Y. Supp. 497.

McNIECE, Respondent, v. PRESS PUBLISHING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by William B. McNiece against the Press Publishing Company. H. Taylor, for appellant. W. E. Cook, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 125 N. Y. Supp. 1130.

McNULTY BROS., Appellant, v. OFFERMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by McNulty Bros. against Carsten Henry Offerman and others. PER CURIAM. The order refusing to strike out the findings of fact was reversed, and the motion was granted. There remained, therefore, no findings of fact to be reviewed; but, as was stated in the opinion, the judgment is to be treated as one of nonsuit, and all of the evidence and the inferences to be drawn therefrom are to be taken most strongly in favor of these appellants. Because we deem the proposed recital in the order unnecessary, so far as these moving parties are concerned, the motion is denied, without costs. See, also, 126 N. Y. Supp. 755.

MACRAY, Respondent, v. FOWLER, Appellant. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by Churchill C. Macray against Julia E. Fowler. W. F. Fowler, for appellant. S. H. Sternberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MAIN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Laura Main against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the defendant was not shown guilty of actionable negligence, nor the plaintiff free from contributory negligence.

MALONE, FT. C. & H. P. R. CO., Appellant, v. SPUYTEN DUYVIL CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 8, 1911.) Action by the Malone, Ft. Covington & Hopkins Point Railroad Company against the Spuyten Duyvil Construction Company and others. No opinion. Judgment and order unanimously affirmed, with costs.

In re MANHATTAN BRIDGE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) In the matter of the application of the City of New York relative to acquiring title, etc., to lands for approach to Manhattan Bridge (Bridge No. 3), etc., in the Fourth, Fifth, and Eleventh Wards, Borough of Brooklyn, City of New York; Christine Camichel, petitioner. No opinion. Matter referred to John A. Warren, Esq., to take proof and report. See, also, 108 N. Y. Supp. 366; 136 App. Div. 897, 120 N. Y. Supp. 1134.

In re MANHATTAN BRIDGE TERMINAL IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) In the matter of the application of the City of New York, relative to acquiring title, etc., to lands for a plaza, at the Manhattan Bridge Terminal, in the Borough of Brooklyn, City of New York, etc.; Louise Neussell, petitioner. No opinion. Motion granted.

MANNING, Appellant, v. GRANT, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Nora Manning, as executrix, etc., against Mary J. Grant. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 134 App. Div. 989, 119 N. Y. Supp. 1134.

MARCONE et al., Respondents, v. GRAGNANO, Appellant. (Supreme Court, Appellate Division, Second Department. February 10, 1911.) Action by Eusanio Marcone and another against Gennaro Gragnano. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

MARCUS, Appellant, v. LONDON REALTY CO., Respondent. (Supreme Court, Appellate